

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED:  2/19/2020 |

JAMES E. JOHNSON
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

KATHERINE J. WEALL
*Senior Counsel*
phone: (212) 356-5055
fax: (212) 356-3509
kweall@law.nyc.gov

February 19, 2020

**BY ECF**
Honorable Stewart D. Aaron
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Application GRANTED. As the parties have agreed to a proposed protective order, the telephone conference scheduled for Monday, February 24, 2020 is hereby canceled. The Clerk of Court is directed to mail a copy of this Order to the *pro se* Plaintiff.
SO ORDERED.
Dated: February 19, 2020

Re: <u>Darwin Columna v. Gomez et al.</u>
19 CV 03801 (MKV) (SDA)

Your Honor:

    I am Senior Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York assigned to represent defendants the City of New York, Police Officers Genner Gomez and Pedro Romero, Sergeant Josue Perez and Detective Pedro Roche in the above-referenced matter. Plaintiff Darwin Columna has now signed the revised proposed protective order that defendants sent to him on February 7, 2020. Defendants have attached the signed proposed order hereto, and respectfully request that Your Honor "so order" its entry.

    Defendants thank the Court for its time and consideration in this matter.

Respectfully submitted,

Katherine J. Weall

cc: Darwin Columna (Via email and U.S. Mail)
*Plaintiff pro se*
2276 Sedgwick Avenue, Apt. #2
New York, New York 10468

Mark J. Abate (Via ECF)
Goodwin Procter LLP