**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __8/11/2020__
```

Darwin Columna,

                              **Plaintiff,**

              -against-

NYPD Officer Genner Gomez et al.,

                              **Defendants.**

1:19-cv-03801 (MKV) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby Ordered that Plaintiff shall respond to Defendant's Letter Motion (ECF No. 61) no later than  August 25, 2020. Defendants shall file their reply, if any, no later than September 1, 2020. A copy of this Order will be mailed and emailed to the *pro se* Plaintiff by Chambers.

**SO ORDERED.**

DATED:        New York, New York
              August 11, 2020

_____
STEWART D. AARON
United States Magistrate Judge