UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/8/2020

DARWIN COLUMNA,

                Plaintiff,

-against-

CITY OF NEW YORK, et al.,

                Defendants.

1:19-cv-03801 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    All Parties are directed to appear for a telephone conference on October 16, 2020 at 12:00PM.  To join the conference, dial 888-278-0296 and enter access code 5195844.  Plaintiff Darwin Columna must attend this conference, along with his limited appearance pro bono counsel.

    Defendants' motions for sanctions [ECF #61, 66, 72] are DENIED without prejudice to renewal following the conference.  Plaintiff is further directed to communicate with Defendants about outstanding discovery and to produce responses to Defendants outstanding requests.

    **FAILURE TO COMPLY WITH THIS ORDER, PRIOR ORDERS OF THE COURT, AND WITH PLAINTIFF'S DISCOVERY OBLIGATIONS MAY RESULT IN SANCTIONS, POTENTIALLY INCLUDING MONETARY SANCTIONS, PRECLUSION OF EVIDENCE OR DEFENSES, OR DISMISSAL OF THE CASE.**

    The Court will mail a copy of this order to Plaintiff.  Defendants are directed to email a copy of this order to him as well.

**SO ORDERED.**

**Date: October 8, 2020**
**       New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**