UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARWIN COLUMNA,

                Plaintiff,

-against-

CITY OF NEW YORK, et al.,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/16/2020
```

1:19-cv-03801 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court held a Show Cause hearing on October 16, 2020. This Order memorializes the Court's rulings on the record at the conference.

IT IS HEREBY ORDERED that the deadline to complete discovery is extended to November 30 ,2020. All discovery, including depositions, must be completed by that date. There will be no further extensions of the discovery cut-off.

IT IS FURTHER ORDERED that Plaintiff must respond to Defendants' discovery demands on or before November 2, 2020.

IT IS FURTHER ORDERED that in the event either Party anticipates filing a motion for summary judgment, the Party must submit a pre-motion letter to the Court on or before December 14, 2020.

**FAILURE TO COMPLY WITH THIS ORDER, PRIOR ORDERS OF THE COURT, AND WITH A PARTY'S DISCOVERY OBLIGATIONS MAY RESULT IN SANCTIONS, POTENTIALLY INCLUDING MONETARY SANCTIONS, PRECLUSION OF EVIDENCE OR DEFENSES, OR DISMISSAL OF THE PLAINTIFF'S COMPLAINT OR DEFENDANT'S ANSWER.**

The Court will mail a copy of this Order to Plaintiff.

**SO ORDERED.**

Date: **October 16, 2020**
      **New York, NY**

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**