```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/26/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARWIN COLUMNA,

               Plaintiff,

-against-

CITY OF NEW YORK, et al.,

               Defendants.

1:19-cv-03801-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The Court has received a letter from the Parties regarding whether Plaintiff has waived his ability to take certain depositions. *See* ECF No. 85. Plaintiff seeks an order compelling the depositions of two Defendants based on a notice first served in November 2020. *Id.* at 1. Defendants argue that the depositions are precluded by previous order of this Court. *Id.* at 3-4.

    Based on the information set out in the Parties' letter, the Court GRANTS Plaintiff's request to compel the depositions of Defendants Gomez and Romero. To allow the depositions to proceed, the deadline for discovery in this action is extended to May 7, 2021. For the avoidance of doubt, during this extended discovery period, the only discovery that should occur is the receipt and review of Plaintiff's medical records (as set out in ECF No. 84), the deposition of Plaintiff, and the depositions detailed herein. There will be no further extensions of discovery.

    Following the discovery deadline, pre-motion letters in anticipation of a motion for summary judgment must be submitted on or before May 14, 2021. Responses must be filed by May 21, 2021.

**SO ORDERED.**

Date: **March 26, 2021**
     New York, New York

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**