USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/27/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARWIN COLUMNA,

        Plaintiff,

-against-

CITY OF NEW YORK, et al.,

        Defendants.

1:19-cv-03801-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of four notices filed by Plaintiff's Limited Purpose Pro Bono Counsel stating that discovery has been completed. *See* ECF Nos. 90-93. As counsel's appearance was limited in purpose only to providing assistance with depositions, *see* ECF Nos. 42-44, 76, the purpose of their appearance has ended. Before Plaintiff's counsel is discharged, the court requests that counsel provide Plaintiff with a copy of this Order. Counsel is further requested to ensure that Plaintiff understands both the contents of this order and that he will be proceeding *pro se* for the remainder of the case. With that, Plaintiff's counsel is discharged with the thanks of the Court. The Clerk of Court respectfully is requested to terminate on ECF all counsel for Plaintiff.

    The Court also has received a letter from Defendants in anticipation of a motion for summary judgment. *See* ECF No. 89. Because Plaintiff is now proceeding *pro se*, no response letter is required. There will be no conference on Defendants' anticipated motion. Instead, the motion should be briefed on the following schedule:

- Defendants' Motion for Summary Judgment must be filed on or before July 1, 2021;
- Plaintiff's Opposition to the Motion must be filed on or before August 6, 2021;
- Defendants' Reply, if any, must be filed on or before August 20, 2021.

1

Plaintiff is reminded that the New York Legal Assistance Group ("NYLAG") operates a legal clinic to assist *pro se* litigants with their cases. Information on the clinic is available by calling the clinic at 212-659-6190 or by visiting the SDNY website: https://www.nysd.uscourts.gov/attorney/legal-assistance.

Any requests for extension of the deadlines contained herein must be in writing and must be received at least 72 hours in advance of the deadline, absent good cause.

The Clerk of Court respectfully is requested to mail a copy of this Order to Plaintiff.

**SO ORDERED.**

Date: **May 27, 2021**
**New York, New York**

**MARY KAY VYSKOCIL**
**United States District Judge**