```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/5/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DARWIN COLUMNA,

                Plaintiff,

-against-

THE CITY OF NEW YORK, POLICE OFFICER GENNER GOMEZ, and DETECTIVE PEDRO ROMERO,

                Defendants.

1:19-cv-3801 (MKV)

**ORDER ADJOURNING CONFERENCE**

---

MARY KAY VYSKOCIL, United States District Judge:

    On March 14, 2022, the Court granted in part and denied in part Defendants' Motion for Summary Judgment in this matter. [ECF No. 110]. In that Opinion and Order, the Court scheduled a pre-trial conference for April 20, 2022. The Court hereby adjourns the scheduled pre-trial conference *sine die*, and will, by separate order, refer this matter to the assigned Magistrate Judge for settlement. Within one week of a conference with the Magistrate Judge, the Parties shall file a joint letter regarding the status, but not substance, of the settlement discussions. Following the discussions with the Magistrate Judge, the Court will re-schedule the pre-trial conference, if necessary.

    The Clerk of the Court respectfully is requested to mail a copy of this Order and ECF No. 110 to the *pro se* Plaintiff at the address of record.

**SO ORDERED.**

Date: **April 5, 2022**
       **New York, NY**

                                                         */s/ Mary Kay Vyskocil*
                                                **MARY KAY VYSKOCIL**
                                                **United States District Judge**