UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
,
DARWIN COLUMNA,

            Plaintiff,

            v.

NYPD OFFICER GENNER GOMEZ, NYPD
OFFICER PEDRO ROMERO, NYPD
SARGEANT JOSUE PEREZ, NYPD
DETECTIVE PEDRO ROCHE and THE CITY
OF NEW YORK

            Defendant.
---------------------------------------------------------x

**NOTICE OF LIMITED SCOPE APPEARANCE OF *PRO BONO* COUNSEL**

**1:19-CV- 3801 (MKV)(SDA)**

To the Clerk of this Court and all parties of record:

      Enter my appearance as *pro bono* counsel in this case on behalf of Plaintiff, DARWIN COLUMNA, for the limited purpose of settlement discussions. I certify that I am admitted to practice in this Court. I have undertaken this representation at the request of the New York Legal Assistance Group's Legal Clinic for Pro Se Litigants.

Dated: April 19, 2022            Respectfully,

   New York, New York           BETH E. GOLDMAN, ESQ.
                                                    New York Legal Assistance Group

                                                    /s/ James P. Walker_____
                                                    James P. Walker,
                                                    Volunteer Attorney
                                                    Limited Scope Attorney for Plaintiff

                                                    NYLAG Clinic for Pro Se Litigants
                                                    Room LL22, 40 Foley Square
                                                    New York, NY 10007
                                                    Phone: 973-722-6528
                                                    Fax: 212.714.2050
                                                    Email: jwalker@nylag.org