

**THE CITY OF NEW YORK**

| | **LAW DEPARTMENT** | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | 100 CHURCH STREET<br>NEW YORK, NY 10007 | Katherine J. Weall<br>*Senior Counsel*<br>Mobile: (646) 370-0051<br>Phone: (212) 356-5055<br>kweall@law.nyc.gov |

April 25, 2022

**VIA ECF**
Hon. Stewart D. Aaron
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

      Re:    <u>Columna v. Gomez et al., 19-cv-3801 (MKV)</u>

Your Honor:

      I represent defendants Police Officer Genner Gomez and Detective Pedro Romero in the above-referenced case. Defendants submit this letter to request clarification of one of the Court's settlement conference procedures in advance of the settlement conference in this case, which is to be scheduled shortly.

      The Court's Settlement Conference Procedure No. 8 requires the parties, and not just their attorneys, to be present at settlement conferences. As Your Honor may be aware, it is the practice of this office for attorneys to attend settlement conferences on behalf of NYPD officers, and to have a representative of the Comptroller's office available by telephone for the duration of the conference to grant additional settlement authority if required. Under such an arrangement, this office and the Comptroller's office have full authority to settle cases without our clients being present.

      Defendants therefore respectfully propose that this procedure be followed for the settlement conference in this case. Plaintiff's counsel states that he will look to the Court's direction as to whether this procedure would be appropriate.

                                               Respectfully Submitted,

                                               */s/ Katherine J. Weall*
                                               Katherine J. Weall
                                               *Senior Counsel*

2

c.c. James P. Walker, Esq. (Via ECF)
*Attorney for plaintiff*

Darwin Columna (Via ECF)
*Plaintiff*