

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/9/2022

THE CITY OF NEW YORK

# LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, NY 10007

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**KATHERINE J. WEALL**
*Senior Counsel*
kweall@law.nyc.gov
Mobile: (646) 370-0051

June 9, 2022

**VIA ECF**
Honorable Mary Kay Vyskocil
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    <u>Darwin Columna v. City of New York, et al.,</u> 19-cv-3801 (MKV) (SDA)

Your Honor:

      I represent the defendants Police Officer Genner Gomez and Detective Pedro Romero in this civil rights action. Defendants write to respectfully request that the pre-trial conference scheduled for June 17, 2022 at 10:00 a.m. be adjourned to a later date, as the undersigned will be out of the office from June 13th through June 20th inclusive and will therefore be unavailable to attend the conference. This is defendants' first request for an adjournment, to which plaintiff's counsel, Marissa Alter-Nelson, Esq., consents.

      The parties are currently available for an adjourned conference on Wednesday, June 22, 2022. Thereafter, due to the undersigned's trial schedule and plaintiff's previously scheduled time out of the office, the parties would be available on Monday, July 25, 2022 after 10 a.m.

      Defendants thank the Court for its consideration herein.

Respectfully submitted,

/s/ *Katherine J. Weall*

Katherine J. Weall

cc:    Marissa Alter-Nelson, Esq. (Via ECF)
       *Attorney for Plaintiff*

---

**DENIED. SO ORDERED.**

Date: 6/9/2022
New York, New York

*[Signed]* Mary Kay Vyskocil
United States District Judge