```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/17/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARWIN COLUMNA,

                Plaintiff,

-against-

OFFICER GENNER GOMEZ, et al.,

                Defendants.

1:19-cv-3801 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

On June 17, 2022, the Court held a pretrial conference with the Parties in this matter. This Order memorializes and supplements the Court's directions given at the conference.

IT IS HEREBY ORDERED that the jury trial in the above-captioned case will begin on February 27, 2023. Counsel must promptly notify the Court of any potential conflicts with this date. The Court is allotting 5 days for the trial, and the parties should plan accordingly. Failure to timely raise conflicts will not be grounds for an adjournment of the trial. Any request by any Party to test courtroom technology prior to the proceeding should be filed five days in advance of the trial.

IT IS FURTHER ORDERED that:

- The final pretrial conference will take place on February 17, 2023 at 10:00am.
- On or before September 6, 2022, the parties shall submit a Pretrial Order as required by this Court's Individual Rules of Practice. The order should include:

    > A list by each party of exhibits to be offered in its case in chief, with . . . two stars indicating exhibits to which no party objects on any ground. **If there are objections, the objecting party must include a brief statement that makes clear the basis for its objection and provide any necessary supporting authority**.

- On or before September 30, 2022, the parties shall submit *in limine* motions. Any oppositions to *in limine* motions shall be filed on or before October 31, 2022. Replies shall be filed on or before November 14, 2022.

- On or before December 2, 2022, the parties shall file on ECF **joint** proposed *voir dire* questions, verdict form, and requests to charge as required by this Court's Individual Rules of Practice, Section 7.B.iii.  A Microsoft Word version of the documents should be simultaneously submitted to Chambers.  The joint proposed *voire dire* questions should list the questions on which the parties agree on and, for any questions that are not jointly agreed, each party's proposed additional questions.  Any contested, competing proposed verdict form shall be listed adjacent to one another.  The requests to charge should be one per page, with any disputed language noted, or competing charges indicated.  The parties shall include authority that supports the requested instruction.

**SO ORDERED.**

**Date:   June 17, 2022**
**New York, NY**                                                                     *[signature: Mary Kay Vyskocil]*
                                                         **MARY KAY VYSKOCIL**
                                                         **United States District Judge**