UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/17/2022
```

DARWIN COLUMNA,

                          Plaintiff,

          -against-

OFFICER GENNER GOMEZ, et al.,

                          Defendants.

1:19-cv-3801 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

On June 6, 2020, Mark Abate, Esq. entered a limited *pro bono* appearance on behalf of Plaintiff Darwin Columna for the purpose of providing him with deposition assistance. [ECF No. 42]. On May 21, 2021, Mr. Abate filed a notice informing the Court that depositions had been completed, and his limited appearance had therefore concluded. [ECF No. 93]. The Court thereafter discharged Mr. Abate with the thanks of the Court. [ECF No. 94].

On June 3, 2022, Marissa Alter-Nelson, Esq. entered an appearance on behalf of Mr. Columna as *pro bono* counsel for purposes of a trial in this matter. On June 17, 2022, the Court held a pre-trial conference with the Parties to discuss the scheduling of pre-trial motions in anticipation of a February 2023 trial date.

Accordingly, to facilitate trial preparations, the Court respectfully directs Mr. Abate to promptly provide Ms. Alter-Nelson with any discovery in his possession relating to this matter. The Court further requests that the Legal Clinic for *Pro Se* Litigants of the New York Legal Assistance Group, which provided Mr. Columna with assistance opposing summary judgment, [ECF No. 104 at 1 n.1], promptly provide Ms. Alter-Nelson with any discovery in its possession pertaining to this matter.

1

Ms. Alter-Nelson is directed to provide a courtesy copy of this Order to Mr. Abate and the Legal Clinic for *Pro Se* Litigants of the New York Legal Assistance Group.

**SO ORDERED.**

**Date:**  **June 17, 2022**
      **New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**