USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/6/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DARWIN COLUMNA,

                Plaintiff,

vs.

CITY OF NEW YORK, ET AL.,

                Defendant.

Civil Action No. 19-cv-03801 (MKV)

**[PROPOSED] REVISED SCHEDULING ORDER**

Hon. Mary Kay Vyskocil

---

MARY KAY VYSKOCIL, United States District Judge:

**IT IS HEREBY ORDERED,** good cause having been shown for the modification of the existing schedule for the parties' submissions in anticipation of the trial of this action to begin on February 27, 2023, that the following Modified Schedule shall supersede and replace the Prior Schedule established in this Court's order entered on June 17, 2022 (ECF No. 123):

|  | **Prior Schedule** | **Modified Schedule** |
|---|---|---|
| **Joint Pre-Trial Order** | September 6, 2022 | November 5, 2022 |
| ***In Limine* Motions**<br>*Opposition papers*<br>*Reply papers* | September 30, 2022<br>*October 31, 2022*<br>*November 14, 2022* | December 5, 2022<br>*January 6, 2023*<br>*January 20, 2023* |
| **Joint proposed *voir dire* questions, verdict form, and charge requests** | December 2, 2022 | February 6, 2023 |
| **Final Pretial Conference** | February 17, 2023 | *no change* |
| **Commencement of Jury Trial** | February 27, 2023 | *no change* |

SO ORDERED.

Date:  September  6 , 2022
New York, New York

*[signature: Mary Kay Vyskocil]*

_____
**MARY KAY VYSKOCIL**
United States District Judge