

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019
+1 212 839 5300
+1 212 839 5599 FAX

AMERICA • ASIA PACIFIC • EUROPE

+1 212 839 7341
MLEVY@SIDLEY.COM

October 17, 2022

BY ECF

The Honorable Jennifer L. Rochon, U.S.D.J.
United States District Court for the
  Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Application GRANTED.  The parties shall file their joint letter no later than **October 19, 2022**.

Dated: October 18, 2022
New York, New York

SO ORDERED

*/s/ Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge

Re:   *Columna v. NYPD Officer Genner Gomez, et al.*, No.1:19-cv-03801 (JLR)
      Parties' Joint Letter Motion for Extension of Time

Your Honor:

    We write jointly on behalf of the parties to request a brief two-day extension of the time for filing the parties' joint letter as directed in the Notice of Reassignment dated September 26, 2022 (ECF No. 131). The Court directed the parties to respond "within three weeks of the filing" of the Notice of Reassignment, which established a deadline of Monday, October 17, 2022 for the parties' submission. The parties respectfully request an extension of the deadline until Wednesday, October 19, 2022. The parties have not made any prior requests for an extension of this deadline.

    The requested extension is necessary in order to accommodate obligations of counsel that have arisen as the parties were finalizing their respective positions on a few outstanding points and that prevent the parties from filing their response today.

                                                        Respectfully submitted,

                                                        /s/ Michael A. Levy

                                                   Michael A. Levy
                                                  *Counsel for Plaintiff Darwin Columna*

cc:   Katherine J. Weall, Esq. (via ECF)

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.