

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019
+1 212 839 5300
+1 212 839 5599 FAX

AMERICA • ASIA PACIFIC • EUROPE

+1 212 839 7341
MLEVY@SIDLEY.COM

October 25, 2022

**BY ECF**

The Honorable Jennifer L. Rochon
United States District Judge
United States District Court for the
    Southern District of New York
500 Pearl Street
New York, New York 10007-1312

> Application GRANTED. The conference previously scheduled for November 1, 2022 shall be adjourned to **November 4, 2022** at 11:30 a.m.
>
> SO ORDERED
>
> Dated: October 25, 2022
> New York, New York
>
> */s/ Jennifer L. Rochon*
> JENNIFER L. ROCHON
> United States District Judge

Re:   *Columna v. NYPD Officer Genner Gomez, et al.*, No.1:19-cv-03801 (JLR)
      <u>Plaintiff's Consent Motion for Adjournment of Conference</u>

Dear Judge Rochon:

      We write on behalf of Plaintiff to request an adjournment of the conference recently set by the Court for November 1, 2022 at 2:30 PM. *See* ECF No. 136. The undersigned will be traveling at that time for a previously scheduled, court-ordered mediation in Texas. Defendants consent to Plaintiff's request for an adjournment. No prior requests to adjourn the conference have been made.

      Pursuant to the Court's individual rules, Plaintiff proposes the following alternatives (in order of preference), each of which is available to defense counsel, as well:

1. Friday, November 4, 2022, at 11:30 a.m. or any time thereafter;
2. Monday, October 31, 2022, at 4:00 p.m. or any time thereafter until 6:00 p.m.;[1] and
3. Monday, November 14, 2022, at any time before 1:00 p.m.

      The parties do not anticipate that the adjournment will impact any other scheduled appearances and/or deadlines previously established in this action.

Respectfully submitted,

<u>/s/ Michael A. Levy</u>

Michael A. Levy
*Counsel for Plaintiff Darwin Columna*

cc:   Katherine J. Weall, Esq. (via ECF)

---

[1] The undersigned is scheduled to argue a case in Delaware that morning, but will be back in New York City by late afternoon. Additionally, Defendants' counsel is not available after 6:00 p.m. due to an already-scheduled appointment.

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.