UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DARWIN COLUMNA,<br><br>　　　　　　　　　Plaintiff,<br><br>-against-<br><br>NYPD OFFICER GENNER GOMEZ, et al.,<br><br>　　　　　　　　　Defendants. | Case No. 19-cv-03801 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

As stated on the record at the November 4, 2022 conference, IT IS HEREBY ORDERED that the jury trial in this action shall commence on **March 27, 2023** at 9:00 a.m. in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.  IT IS FURTHER ORDERED that the final pretrial conference will take place on **March 21, 2023** at 11:00 a.m. in the aforementioned courtroom.  IT IS FURTHER OREDERED that the parties shall submit their joint pretrial order, motions *in limine*, and additional pretrial submissions as set forth in the Court's individual rules, no later than **January 5, 2023**.  The parties shall file any opposition to the motions *in limine* no later than **January 12, 2023**, and reply papers no later than **January 16, 2023**.

Dated:　November 4, 2022
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JENNIFER L. ROCHON
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge