

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019
+1 212 839 5300
+1 212 839 5599 FAX

AMERICA • ASIA PACIFIC • EUROPE

+1 212 839 7341
MLEVY@SIDLEY.COM

December 22, 2022

**BY ECF**

The Honorable Jennifer L. Rochon
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

> The request is GRANTED.  The parties shall adhere to the briefing schedule set forth herein.
>
> Dated: December 23, 2022
> New York, New York
>
> SO ORDERED
>
> *[signature]*
> JENNIFER L. ROCHON
> United States District Judge

Re:   *Columna v. NYPD Officer Genner Gomez, et al.*, No. 1:19-cv-03801 (JLR)
      Parties' Joint Request for Extension of Deadline for Motions *in Limine*

Dear Judge Rochon:

The parties in the above-captioned action write jointly to request an adjournment of one aspect of the schedule for pretrial submissions provided in the Court's scheduling order dated November 4, 2022.  *See* ECF No. 139.  Per that order, the parties' joint submission of a pretrial order, proposed *voir dire* questions, requests to charge, a proposed verdict form, and motions *in limine* are currently due on or before January 5, 2023.  Counsel for the parties are actively working together and expect to file the pretrial order, proposed *voir dire* questions, requests to charge, and a proposed verdict form by that date.  With respect to the motions *in limine*, however, the parties respectfully request a two-week adjournment of the deadline, until January 19, 2023.

Your Honor's Individual Rules of Practice in Civil Cases require that the parties meet and confer regarding any proposed motions *in limine* and to limit such motions only to those matters on which the parties could not agree after meeting and conferring. It is the parties' intention to adhere to that requirement, but, given the holidays, engaging in a productive dialogue concerning potential motions is difficult in the time remaining.  Accordingly, the parties respectfully request a two-week adjournment of the deadline <u>only</u> for motions *in limine* in order to permit the parties to meet and confer about the substance of their potential motions.  The parties anticipate that having additional time for meaningful consultation on the subjects of such motions will narrow the scope of each party's motions *in limine*.

Counsel jointly propose the following revised schedule as to motions *in limine*:

- Motions *in limine* due no later than **January 19, 2023**;
- Opposition, if any, due no later than **January 26, 2023**;
- Reply papers, if any, due no later than **January 30, 2023**.

There have been no prior requests to adjourn any deadline established in the Court's November 4, 2022 scheduling order.

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.

# SIDLEY

The Honorable Jennifer L. Rochon
December 22, 2022
Page 2

\* \* \*

The parties appreciate the Court's attention to this matter and are available at the Court's convenience to the extent there are any questions and/or concerns.

Respectfully submitted,

| **SIDLEY AUSTIN LLP** | **HON. SYLVIA O. HINDS-RADIX** |
| --- | --- |
| | Corporation Counsel of the City of New York |
| By: | By: |
| /s/ Michael A. Levy | /s/ *Katherine J. Weall* |
| Michael A. Levy | Katherine J. Weall |
| Jon Muenz | Senior Counsel |
| Nicholas Maggipinto | |
| Victor M. Flores | *Attorneys for Defendants NYPD Officer Genner Gomez and NYPD Detective Pedro Romero* |
| *Attorneys for Plaintiff Darwin Columna* | |