UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARWIN COLUMNA,

                Plaintiff,

-against-

NYPD OFFICER GENNER GOMEZ, *et al.*

                Defendants.

19-cv-03801 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

In preparation for the Final Pretrial Conference and trial, the parties shall provide a joint letter with the following information by **March 16, 2023**.

First, the parties shall provide the following information regarding their respective motions in limine ("MIL"):

- Plaintiff's Third MIL: Plaintiff shall provide the names and dates of each prior complaint or lawsuit, as well as the nature of the complaint and the resolution thereof, against the NYPD that Plaintiff seeks to introduce at trial. Defendants shall confirm whether they continue to object to the introduction of this testimony or evidence.

- Plaintiff's Fourth MIL/Defendant's Second MIL: Defendant shall provide a list of Plaintiff's prior convictions that Defendants seek to introduce, including the 2011 conviction, and provide for each the date of conviction, nature of the offense, and date of release from confinement. Plaintiff shall provide objections, if any.

- Defendant's Sixth MIL: In light of the production of additional unredacted documents on March 6, 2023, Plaintiff shall identify the precise disciplinary

histories and personnel records that he intends to offer.  Defendants shall provide their objections, if any.

Second, Defendants shall provide legal authority for their presumed objection to Plaintiff's request for punitive damages, if any.  Plaintiff may include a response, if necessary.

Third, Plaintiff shall provide legal authority in support of the damages portion of his verdict sheet that seeks an award of separate damages for each of his false arrest, malicious prosecution, and First Amendment retaliations claims.  Defendants shall provide a response with any contrary authority.

Dated: March 10, 2023
       New York, New York

                                                    SO ORDERED.

                                                    _____
                                                    JENNIFER L. ROCHON
                                                    United States District Judge