UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DARWIN COLUMNA,<br><br>                    Plaintiff,<br><br>-against-<br><br>OFFICER GENNER GOMEZ, et al.,<br><br>                    Defendants. | 19-cv-03801 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

    The Court is in receipt of the parties' supplemental pre-trial filings. ECF Nos. 188-190. It is hereby ordered that the parties shall appear at **8:30 A.M.** on **Monday, March 27, 2023** in Courtroom 20B, 500 Pearl Street, New York, NY 10007.

    The parties shall file a joint letter by **5:00 P.M.** on **Saturday, March 25, 2023** with the following:

- Both parties shall provide case authority in support of their proposed last sentence to the Jury Instructions in Section V.
- Plaintiff shall address Sections II, IV, XIII of ECF No. 192.
- Plaintiff shall provide its final deposition designations and any objections to all of Defendants' counter designations.
- Defendants shall address Section XI of ECF No. 192.
- Plaintiff shall address Defendants' Motion for Reconsideration (ECF No. 191).
- Defendants shall address Plaintiff's argument about emotional damages (ECF No. 194).

Dated: March 24, 2023
       New York, New York

                                                  SO ORDERED.

                                                  *Jennifer Rochon*
                                                  JENNIFER L. ROCHON
                                                  United States District Judge