UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
DARWIN COLUMNA,

                            Plaintiff,          **ORDER**

    - against –                              19-CV-3801 (JLR)

NYPD OFFICER GENNER GOMEZ AND NYPD OFFICER PEDRO ROMERO,

                            Defendants.
------------------------------------------------------------------- x

**JENNIFER L. ROCHON, United States District Judge**

       **IT IS HEREBY ORDERED:** that the Court Security Officers or other individuals in charge of admitting the public into the United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, New York, 10007 allow counsel for the defendants, attorneys with the Office of Corporation Counsel, to bring PCP, sealed in New York Police Department evidence pouches, having been vouchered as evidence by the New York City Police Department pertaining to the above captioned matter, into the United States District Court so that it may be used for the purpose of trial before the Honorable Jennifer L. Rochon, beginning on March 27, 2023, and continuing until on or about March 31, 2023.

Dated:     Brooklyn, New York
              March 24, 2023

                                                _____
                                                THE HONORABLE JENNIFER L. ROCHON
                                                UNITED STATES DISTRICT JUDGE