**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DARWIN COLUMNA,

                 Plaintiff,                 19 **CIVIL** 3801 (JLR)

      -against-                       **JUDGMENT**

NYPD OFFICER GENNER GOMEZ and
NYPD OFFICER PEDRO ROMERO,

                 Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Jennifer L. Rochon, United States District Judge, the jury having returned a verdict in favor of Defendants, and the Complaint is hereby dismissed.

**DATED:** New York, New York
            April 3, 2023

                                                   **RUBY J. KRAJICK**

**So Ordered:**                                       **Clerk of Court**

                                             **BY:**
_____
**U.S.D.J.**                                          **Deputy Clerk**